

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Edward Cannon (00351969)
(Name of Plaintiff)      (Inmate Number)

26715 Bay Farm Rd Millsboro, Delaware 19966
(Complete Address with zip code)

"same"

(2) Edward A Cannon Jr. (00351969)
(Name of Plaintiff)      (Inmate Number)

P.O. Box 500 Georgetown DE 19947
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Prechelle Ames
(2) CiviGenics
(3)_____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 08 - 264
: (Case Number)
: ( to be assigned by U.S. District Court)

: CIVIL COMPLAINT

: • • Jury Trial Requested

FILED
MAY 5 2008
DISTRICT COURT
DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   No other lawsuits pending
   _____
   _____
   _____
   _____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  •(Yes)  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ••Yes  •(No)

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: Some steps were taken but do to harassment issues, I chose this. But there is record of a relationship by Directors...

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Prechelle S. Ames

Employed as "Civigenics" Treatment Counselor at Sussex Correctional Institution

Mailing address with zip code: 912 East Church St. Salisbury Maryland 21804

(2) Name of second defendant: Civigenics Program

Employed as Substance Abuse Program at Sussex Correctional Institution

Mailing address with zip code: P.O. Box 500 Georgetown Delaware 19947

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The months of June through September of 2007, Prechelle S. Ames knowingly and willingly had sexual relations with me inmate Edward A. Cannon Jr.. causing me to lose focus in treatment and go back to Level 5 status

2. We had sexual intercourse at the Crest Program in Georgetown, Delaware at the Sussex Work Release Center.. on a number of occasions and she made promises to me Edward A. Cannon Jr. if I had left the program

3. The Director at the Crest was notified and we had a "no contact" issued within the biulding. But the damage was already done.. I had lost focus and had become emotionally distraught and left to mother one day, and got charged with escape....

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be compensated for lost time up to $10,000 dollars and Prechelle S. Ames's license revoked for her actions and a personal apology from her written.

3

2. She shouldn't be allowed to do any more counseling in the Tri-State area due to her actions. She has had relations with other clients also..

3. Also the escape charge lifted from my record.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1st day of May, 2008.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

IM: Edward Cannon Jr. BLDG: W/W S
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
Room S14
#00351969

Clerk
U.S. District Court
Lock Box 18
844 N. King St Wilmington, DE
19801