

Date: 6-16-08
Case name - Cannon vs Ames et al
Case number - 1:08 cv 264
Case Assigned - JJF

Civil Action # 08-264-JJF

Dear Judge Farnan,

① I inmate Edward Cannon, 351969, have recently filed an action suit against Ms. Prechelle Ames, this is the document notarized from proper authority here at where I am housed at SCI. this is an copy of my account and/or trust fund at this prison, during my stay here.. When I get the proper funding I will pay the filing fee required to get this case reviewed. (20%)

② I am not looking to hurt Ms. Ames in anyway. I just need her to right a wrong. Yes, we had a relationship that was forbidden (client/staff). I am asking for a sum of $1000 dollars from her for the damage of my diaries, journals, pictures and legal work. also poems that I wrote. She was suppose to return these items when I entered the Crest Program. She never did and claims she destroyed them. I can not contact

her from here. But I have proof and a letter in her handwriting that a relationship did in fact exist. And that she wants nothing to do with me anymore.... This lady misguided me at a very vunerable time in my recovery from a cocaine addiction. I trusted her and she burned me. So I am asking the $1000 for articles destroyed and my pain and suffering and my treatment set back to Level 5 (prison).... I think this is the least she could do.. Her license should also be suspended for malpractice and inappropiate conduct as an State official, and as a counselor at a drug treatment program. I also have other evidence and a list of names who are willing to testify that there was a relationship in case she trys to deny it.. Hope to here from you soon. Thank you.

Truly yours
Edward Cannon Jr
E—— C—— Jr.

P.S. I also have phone records from incoming and out going calls from her cell phone numbers.. while I was on escape due to her misguidance...



I/M: Edward Cannon Bldg: H/u 5
Sussex Correctional Institution
P.O. Box 500
SBI# 539904 C/u 504
Georgetown, Delaware 20934 WILMINGTON DE 19850 PM JUN 19

Edward Cannon
PTS
507

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570