CA: 08-264 JJF

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Cannon   Edward   A   SBI Number: 351969
     (Last)   (First)   (M.I.)

Housing Unit: 8 PT-NU 5

..................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____       _____
Inmate Signature                                       Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: RECEIVED SCI Business Office JUN 0 9 2008

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 28, 2009

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: _Cannon_   _Edward_   _A_
                    (Last)        (First)      (M.I.)
      SBI Number: _351969_
      Housing Unit: _8 PT-NU 5_

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Attached is your account statement for the six month period of _2/7_ , _2008_ through _5/31_ , _2008_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _4.16_ .

Attachment

_Phyllis Redden_
Notary

**PHYLLIS REDDEN**
Notary Public, State of Delaware
My Commission Expires Oct. 31, 2009

CA: 08-264 JJF

Printed: 6/17/2008  **_Average Daily Balance For Pauper Filing_**  Page 1 of 3
_For Days the Individual was in Residence at SCI from 2/7/2008 through 5/31/2008_

SBI: *00351969*    NAME:    CANNON, EDWARD A J

| Date | Balance |
|---|---|
| 02/07/2008 | $9.00 |
| 02/08/2008 | $9.00 |
| 02/09/2008 | $9.00 |
| 02/10/2008 | $9.00 |
| 02/11/2008 | $9.00 |
| 02/12/2008 | $9.00 |
| 02/13/2008 | $9.00 |
| 02/14/2008 | $9.00 |
| 02/15/2008 | $9.00 |
| 02/16/2008 | $9.00 |
| 02/17/2008 | $9.00 |
| 02/18/2008 | $9.00 |
| 02/19/2008 | $9.00 |
| 02/20/2008 | $3.99 |
| 02/21/2008 | $3.99 |
| 02/22/2008 | $3.99 |
| 02/23/2008 | $3.99 |
| 02/24/2008 | $3.99 |
| 02/25/2008 | $3.99 |
| 02/26/2008 | $3.99 |
| 02/27/2008 | $16.82 |
| 02/28/2008 | $16.82 |
| 02/29/2008 | $16.82 |
| 03/01/2008 | $16.82 |
| 03/02/2008 | $16.82 |
| 03/03/2008 | $16.82 |
| 03/04/2008 | $16.82 |
| 03/05/2008 | $0.40 |
| 03/06/2008 | $0.40 |
| 03/07/2008 | $0.40 |
| 03/08/2008 | $0.40 |
| 03/09/2008 | $0.40 |
| 03/10/2008 | $0.40 |
| 03/11/2008 | $0.40 |
| 03/12/2008 | $0.40 |
| 03/13/2008 | $0.40 |
| 03/14/2008 | $0.40 |
| 03/15/2008 | $0.40 |
| 03/16/2008 | $0.40 |
| 03/17/2008 | $0.40 |
| 03/18/2008 | $0.40 |
| 03/19/2008 | $0.40 |
| 03/20/2008 | $0.40 |
| 03/21/2008 | $0.40 |
| 03/22/2008 | $0.40 |
| 03/23/2008 | $0.40 |
| 03/24/2008 | $0.40 |
| 03/25/2008 | $0.40 |



FILED
JUN 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 6/17/2008        ***Average Daily Balance For Pauper Filing***        Page 2 of 3
*For Days the Individual was in Residence at SCI from 2/7/2008 through 5/31/2008*

*SBI:* **00351969**        *NAME:*   **CANNON, EDWARD A J**

| Date | Balance |
|---|---|
| 03/26/2008 | $0.40 |
| 03/27/2008 | $0.40 |
| 03/28/2008 | $0.40 |
| 03/29/2008 | $0.40 |
| 03/30/2008 | $0.40 |
| 03/31/2008 | $0.40 |
| 04/01/2008 | $0.40 |
| 04/02/2008 | $0.40 |
| 04/03/2008 | $0.40 |
| 04/04/2008 | $0.40 |
| 04/05/2008 | $0.40 |
| 04/06/2008 | $0.40 |
| 04/07/2008 | $0.40 |
| 04/08/2008 | $0.40 |
| 04/09/2008 | $0.40 |
| 04/10/2008 | $0.40 |
| 04/11/2008 | $0.40 |
| 04/12/2008 | $0.40 |
| 04/13/2008 | $0.40 |
| 04/14/2008 | $0.40 |
| 04/15/2008 | $0.40 |
| 04/16/2008 | $0.40 |
| 04/17/2008 | $0.00 |
| 04/18/2008 | $0.00 |
| 04/19/2008 | $0.00 |
| 04/20/2008 | $0.00 |
| 04/21/2008 | $0.00 |
| 04/22/2008 | $0.00 |
| 04/23/2008 | $0.00 |
| 04/24/2008 | $0.00 |
| 04/25/2008 | $0.00 |
| 04/26/2008 | $0.00 |
| 04/27/2008 | $0.00 |
| 04/28/2008 | $0.00 |
| 04/29/2008 | $0.00 |
| 04/30/2008 | $0.00 |
| 05/01/2008 | $0.00 |
| 05/02/2008 | $0.00 |
| 05/03/2008 | $0.00 |
| 05/04/2008 | $0.00 |
| 05/05/2008 | $0.00 |
| 05/06/2008 | $0.00 |
| 05/07/2008 | $17.50 |
| 05/08/2008 | $17.50 |
| 05/09/2008 | $17.50 |
| 05/10/2008 | $17.50 |
| 05/11/2008 | $17.50 |
| 05/12/2008 | $17.50 |

Printed: 6/17/2008

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 2/7/2008 through 5/31/2008*

Page 3 of 3

**SBI:** *00351969*  **NAME:** *CANNON, EDWARD A J*

| Date | Balance |
|---|---|
| 05/13/2008 | $17.50 |
| 05/14/2008 | $2.37 |
| 05/15/2008 | $2.37 |
| 05/16/2008 | $2.37 |
| 05/17/2008 | $2.37 |
| 05/18/2008 | $2.37 |
| 05/19/2008 | $2.37 |
| 05/20/2008 | $2.37 |
| 05/21/2008 | $2.37 |
| 05/22/2008 | $2.37 |
| 05/23/2008 | $2.37 |
| 05/24/2008 | $2.37 |
| 05/25/2008 | $2.37 |
| 05/26/2008 | $2.37 |
| 05/27/2008 | $2.37 |
| 05/28/2008 | $2.37 |
| 05/29/2008 | $0.12 |
| 05/30/2008 | $20.12 |
| 05/31/2008 | $20.12 |

*Summary for 'SBI' = 00351969 (115 detail records)*     **Average Daily Balance:**     **$4.16**

# Prior Month -- Individual Statement

Date Printed: 6/17/2008                                                                                     Page 1 of 1

## For Month of February 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00351969 | CANNON | EDWARD | A | J | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 2/7/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | | 2/7/2008 | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |
| Commissary | | 2/20/2008 | ($5.01) | $0.00 | $0.00 | $0.00 | $3.99 |
| Visit MO | NOELLA KUIENM | 2/27/2008 | $20.00 | $0.00 | $0.00 | $0.00 | $23.99 |
| Medical | | 2/27/2008 | $0.00 | ($4.00) | $0.00 | $0.00 | $23.99 |
| Medical | | 2/27/2008 | ($4.00) | $0.00 | $0.00 | $0.00 | $19.99 |
| Commissary | | 2/27/2008 | ($3.17) | $0.00 | $0.00 | $0.00 | $16.82 |
| | | | | | **Ending Mth Balance:** | | **$16.82** |

## Prior Month -- Individual Statement

Date Printed: 6/17/2008   Page 1 of 1

## For Month of March 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.82 |
|---|---|---|---|---|---|---|
| 00351969 | CANNON | EDWARD | A | J | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 3/5/2008 | ($16.42) | $0.00 | $0.00 | $0.00 | $0.40 |
| | | | | | Ending Mth Balance: | | $0.40 |

# Prior Month -- Individual Statement

Date Printed: 6/17/2008                                                                 Page 1 of 1

## For Month of April 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.40 |
|---|---|---|---|---|---|---|
| 00351969 | CANNON | EDWARD | A | J | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 4/17/2008 | $0.00 | ($6.00) | $0.00 | $0.00 | $0.40 |
| Medical | | 4/17/2008 | ($0.40) | ($5.60) | $0.00 | $0.00 | $0.00 |
| Copies | | 4/24/2008 | $0.00 | $0.00 | ($2.25) | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | **$0.00** |

# Prior Month -- Individual Statement

Date Printed: 6/17/2008                                                                 Page 1 of 1

## For Month of May 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00351969 | CANNON | EDWARD | A | J | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 5/5/2008 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Medical | | 5/7/2008 | ($5.60) | $0.00 | $0.00 | $0.00 | ($5.60) |
| Medical | | 5/7/2008 | ($4.00) | $0.00 | $0.00 | $0.00 | ($9.60) |
| Payroll | | 5/7/2008 | $27.10 | $0.00 | $0.00 | $0.00 | $17.50 |
| Commissary | | 5/14/2008 | ($15.13) | $0.00 | $0.00 | $0.00 | $2.37 |
| Copies | | 5/29/2008 | ($2.25) | $0.00 | $0.00 | $0.00 | $0.12 |
| Visit MO | JOCELYN CANNON | 5/30/2008 | $20.00 | $0.00 | $0.00 | $0.00 | $20.12 |
| | | | | | Ending Mth Balance: | | $20.12 |